JOHN S. LEONARDO
United States Attorney
District of Arizona
CARMEN F. CORBIN
Assistant U.S. Attorney
State Bar No. 025422
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: carmen.corbin@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-0477-TUC-RM (LAB) |
| Plaintiff, | MOTION FOR PSYCHO-SEXUAL EXAMINATION |
| vs. | |
| MARK KESSLER, | |
| Defendant. | |

The United States of America, by and through its attorneys, JOHN S. LEONARDO, United States Attorney for the District of Arizona, and CARMEN F. CORBIN, Assistant U.S. Attorney, hereby moves this Court, pursuant to the terms of the plea agreement filed in this case, and 18 U.S.C. Section 3552(b), to order that a presentence psychosexual assessment of the defendant be conducted, which shall be performed in accordance with the provider's standards and practice and shall include, but not be limited to, physiological testing and a polygraph examination.

The evaluation will aid Probation, this Court, and the parties by providing more complete information for the purpose of assessment of the sentencing factors pursuant to 18 U.S.C. Section 3553(a), and determination of the appropriate sentence and conditions of supervised release for this defendant. At the direction of the Probation Department, the study shall be conducted by the Center for Life Skills Development, 5515 E. Grant Road,

Suite 200, Tucson AZ 85712, phone (520) 546-1642, or by such other ATSA-certified provider as may be approved of in writing and in advance by the Probation Department, for a fee not to exceed $1,600.00.

Respectfully submitted this 16th day of September, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/ Carmen F. Corbin*

CARMEN F. CORBIN
Assistant U.S. Attorney

A copy of the foregoing served by electronic
or other means this 16th day of September, 2016, to:

Stephanie Stoltman, Esq.
Attorney for Defendant

U.S. Probation