STEPHANIE C. STOLTMAN
P.O. BOX 2250
CORTARO, ARIZONA 85652
TEL: (520) 323-2741
FAX: (520) 323-2763
ARIZONA STATE BAR# 021344
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:16-cr-00477-RM-LAB |
| | ) | |
| Plaintiff, | ) | **MOTION TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| vs. | ) | |
| | ) | |
| MARK KESSLER, | ) | |
| | ) | 1st Request by Defendant |
| Defendant. | ) | |
| | ) | |

**COMES NOW** the Defendant, **MARK KESSLER,** by and through his attorney undersigned, and hereby moves this Court to continue the Sentencing date currently scheduled for April 3, 2017 at 10:45 a.m., for the reason that the final Pre-Sentence Investigation Report was not disclosed in enough time to prepare a Sentencing Memorandum and counsel for Defendant needs additional time to meet with her client to discuss the Pre-Sentence Investigation Report.

Assistant United States Attorney, Carmen Forrest Corbin has been notified of this continuance and expresses no objection to this continuance.

This motion is made in good faith and not for the mere purpose of delay.

RESPECTFULLY SUBMITTED this 31st day of March, 2017.

/s/Stephanie C. Stoltman
STEPHANIE C. STOLTMAN
Attorney for Defendant

Copy by ECF
on this 31st day of March, 2017 to:

Carmen Forrest Corbin, Esq.
U.S. Attorney
405 W. Congress St., #4800
Tucson, Arizona 85701